**Electronically Filed
Supreme Court
SCWC-10-0000183
27-MAR-2012
01:11 PM**

SCWC-10-0000183

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WOLFGANG EISERMANN,
Petitioner/Petitioner/Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000183; S.P.P. NO. 10-1-0045 (CR. NO. 91-2964))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Kubo, in place of Duffy, J., recused)

Petitioner/Petitioner/Appellant Wolfgang Eisermann's

application for writ of certiorari, filed on February 16, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, March 27, 2012.

Wolfgang Eisermann (Pro Se)
on the application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Edward H. Kubo, Jr.

